IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Bruks Rockwood, LLC<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FMW Industrieanlagenbau Gmbh; and<br><br>International Industrial Technologies, Inc., and<br><br>Walter D. Lampp, III<br><br>　　　Defendants. | Civil Action No.: 1:14-cv-00234<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL, INJUNCTIVE RELIEF SOUGHT** |

## DISCLOSURE STATEMENT

### S.D. Ga. LR 7.1.1

In accordance with Fed. R. Civ. Pro. 7.1, and S.D. Ga. LR 7.1.1, the undersigned, counsel of record for Plaintiff, Bruks Rockwood, LLC, certifies that the following is a full and complete list of all parties in this action:

| Name | Party |
|---|---|
| Bruks Rockwood, LLC | Plaintiff |
| FMW Industrieanlagenbau Gmbh | Defendant |
| International Industrial Technologies, Inc. | Defendant |
| Walter D. Lampp, III | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the parties, to the best of the undersigned's knowledge:

| Name | Officers, Directors, Trustees |
| --- | --- |
| Bruks Rockwood, LLC | Steven B. Bennett, President & CEO |
| | Kevin Hood, Vice President |
| | June Kilgore, Treasurer |
| | Christopher Waller, Secretary |
| | Johan Johansson, Director – Chairman |
| | Bengt Nilsson, Director |
| | Mikael Brännström, Director |
| FMW Industrieanlagenbau Gmbh | Michael Mittag, Managing Director |
| | Oliver Schlief, Managing Director |
| International Industrial Technologies, Inc. | Walter D. Lampp, III, President |
| Walter D. Lampp, III | N/A |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

BRUKS Holding AB, which operates as a subsidiary of JCE Group AB, is the parent of Bruks, Inc., which in turn is the parent of Bruks Rockwood, LLC.

| Parents of Bruks Rockwood, LLC ||
|---|---|
| Bruks Holding AB<br><br>Box 46, Västergatan<br><br>82010, Arbrå<br><br>Sweden | JCE Group AB (parent of Bruks Holding AB)<br><br>Högåsplatsen 3<br><br>Gothenburg, 412 56<br><br>Sweden |
| Bruks, Inc.<br><br>5975 Shiloh Rd., Suite 109<br><br>Alpharetta, GA 30005 | |

To the undersigned's knowledge, there are no other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock).

Respectfully submitted, this   18th   day of December, 2014.

_____
Jonathan R. Smith
ATTORNEY FOR PLAINTIFF
Ga. State Bar No. 365655
Fla. State Bar No. 57311

Jonathan Rigdon Smith, J.D., P.C.
706 G Street, Suite 202
Brunswick, Georgia 31520-67339
Tel.: 912.261.1202
Fax: 912.261.8489
Email: jrs@jrsmithlaw.com


_____
Mark J. Young
Fla. Bar. No. 78158

**Mark Young, P.A.**
12086 Fort Caroline Road, Unit 202
Jacksonville, FL  32225
Telephone: (904) 996-8099
Facsimile: (904) 980-9234
Email: myoung@myoungpa.com

*Application for Pro Hac Vice Admission Pending*
Facsimile: (904) 980-9234
Email: myoung@myoungpa.com