ORIGINAL

# United States District Court

## *Southern District of Georgia*

Bruks Rockwood, LLC

2014 DEC 22 A 11: 43

Case No. 1:14-cv-00234

_____
Plaintiff

v.  FMW Industrieanlagenbau Gmbh; and

Appearing on behalf of

Bruks Rockwood, LLC

_____
Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 22nd day of December, 2014.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Mark J. Young |
| Business Address: | Mark Young, P.A. |
| | Firm/Business Name |
| | 12086 Fort Caroline Rd., Unit 202 |
| | Street Address |
| | Jacksonville   FL   32225 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 904-996-8099 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | myoung@myoungpa.com |