IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRUKS ROCKWOOD, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-234 |
| FMW INDUSTRIEANLAGENBAU GMBH; INTERNATIONAL INDUSTRIAL TECHNOLOGIES, INC.; and WALTER D. LAMPP, III, | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is the parties' Joint Motion to Stay Proceedings. (Doc. 8.) The parties indicate they are engaged in active settlement discussions and request a limited stay of all deadlines to foster negotiations. Upon due consideration, the Court **ORDERS** that this case **SHALL** be **STAYED** for **SIXTY (60) DAYS**. The Court **DIRECTS** the parties to file a status report by **FRIDAY, APRIL 10, 2015** detailing their progress in the event an agreement is not finalized before that date.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of February, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA