IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRUKS ROCKWOOD, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-234 |
| FMW INDUSTRIEANLAGENBAU GMBH; INTERNATIONAL INDUSTRIAL TECHNOLOGIES, INC.; and WALTER D. LAMPP, III, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the Third Status Report filed by Defendants International Industrial Technologies, Inc. and Walter D. Lampp, III. (Doc. 15.) The parties seek an extension of the stay — initially imposed by this Court on February 10, 2015 (Doc. 8) — for two additional weeks as they "have narrowed the number of remaining issues down to just a very few" after exchanging draft settlement documents. (Doc. 12.) Upon due consideration, the Court **ORDERS** that this case **SHALL** be **STAYED** until **FRIDAY, JUNE 5, 2015**. The Court **DIRECTS** the parties to file a status report by that date detailing their progress in the event an agreement is not finalized.

**ORDER ENTERED** at Augusta, Georgia, this _13th_ day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA