IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRUKS ROCKWOOD, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-234 |
| FMW INDUSTRIEANLAGENBAU GMBH; INTERNATIONAL INDUSTRIAL TECHNOLOGIES, INC.; and WALTER D. LAMPP, III, | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 20.) Plaintiff has agreed to dismiss its claims against Defendant FMW Industrieanlagenbau Gmbh in the above-referenced action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's claims against FMW Industrieanlagenbau Gmbh. The Clerk **SHALL TERMINATE** FMW Industrieanlagenbau Gmbh as a defendant in this action, as well as all deadlines and motions pertaining to it. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1