# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| BRUKS ROCKWOOD, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-234 |
| FMW INDUSTRIEANLAGENBAU GMBH; INTERNATIONAL INDUSTRIAL TECHNOLOGIES, INC.; and WALTER D. LAMPP, III, | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff, International Industrial Technologies, Inc. ("IIT"), and Walter D. Lampp, III's ("Lampp") Stipulated Dismissal with Prejudice. (Doc. 21.) As the parties have reached settlement in this matter, they request dismissal of Plaintiff's claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as well as entry of a consent judgment.

Pursuant to these parties' Consent Final Judgment (Doc. 21-1) and upon review of the Complaint, the Court **FINDS**:

1. it has subject matter and personal jurisdiction over Plaintiff, IIT, and Lampp;

2. Venue is proper in this Court;

3. Plaintiff is the owner of United States Patent No. 8,177,053 (the "053 Patent");

4. IIT and Lampp, individually and jointly, acknowledge, and this Court accepts such acknowledgement, that the 053 Patent is valid and enforceable;

1

5. Plaintiff and IIT and Lampp have entered into a confidential settlement agreement ("Settlement Agreement") resolving, *inter alia*, all claims by Plaintiff against IIT and Lampp in the above-captioned suit;

6. The Settlement Agreement includes mutual releases and covenants not to sue in which Plaintiff has released IIT and Lampp from any and all claims, obligations and liability to Plaintiff relating to claims of infringement of the 053 Patent; and

7. The Court retains jurisdiction over Plaintiff, IIT, and Lampp for purposes of enforcing the terms of the Settlement Agreement executed by these parties.

**IT IS FURTHERED ORDERED** that Plaintiff's claims against Defendants IIT and Lampp are **DISMISSED WITH PREJUDICE**. The Clerk **SHALL TERMINATE** IIT and Lampp as defendants in this action, as well as all deadlines and motions pertaining to them.

As all claims against all defendants have now been resolved, the Clerk **SHALL CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```